UNITED STATES v. INTERNATIONAL MERCANTILE MARINE CO.

(Circuit Court, S. D. New York.  May 1, 1911.)

ALIENS (§ 54\*)—DEPORTATION—LIMITATION.

    Under Act Cong. March 3, 1903, c. 1012, 32 Stat. 1213, and Act Cong. Feb. 20, 1907, c. 1134, §§ 20, 21, 34 Stat. 904, 905 (U. S. Comp. St. Supp. 1909, p. 459), providing for the deportation of aliens unlawfully in the country within three years after landing, the government is entitled to the whole of the last day of the three years in which to make the arrest, prescription being interrupted by the arrest, and to a reasonable time in which to carry out the sentence of deportation.

    [Ed. Note.—For other cases, see Aliens, Dec. Dig. § 54.\*]

Action by the United States against the International Mercantile Marine Company. On demurrer to complaint. Overruled.

Henry A. Wise, U. S. Atty.
Burlingham, Montgomery & Beecher, for defendant.

LACOMBE, Circuit Judge. I agree with Judge Foster (U. S. ex rel. Calamia v. Redfern [C. C.] 180 Fed. 506) that under sections 20 and 21 of the act of February 20, 1907, "the government should have the whole of the last day of the three years in which to make the arrest, and, prescription being interrupted by the arrest, the government is entitled to a reasonable time in which to carry out the sentence of deportation."

The demurrer is overruled.